MARSHALL INVESTMENTS CORPORATION et al., Appellants, v HARRAH'S OPERATING COMPANY, INC., as Successor to CAESAR'S ENTERTAINMENT INC., Formerly Known as PARK PLACE ENTERTAINMENT CORPORATION, et al., Respondents.

Submitted January 3, 2012; decided March 29, 2012

Reported below, 82 AD3d 515.

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 949 (2011)]. The parties' stipulation, being without prejudice, did not finally determine the second cause of action for purposes of this Court's jurisdiction.